UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24415-CIV-LENARD/O'SULLIVAN

C.L. and D.L., individually, and as
parents and next friends of A.L.,

    Plaintiffs,

v.

SCHOOL BOARD OF MIAMI-DADE
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Summary Judgment and Memorandum of Law (DE# 60, 8/28/12) and the Defendant School Board's Motion for Judgment on the Administrative Record (DE# 62, 8/28/12). Rule 56.1, Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> A motion for summary judgment and the opposition thereto shall be **accompanied by a statement of material facts** as to which it is contended that there does not exist a genuine issue to be tried or there does exist a genuine issue to be tried, respectively. The statement shall:
>
> (1) Not exceed ten (10) pages in length;
>
> (2) Be supported by specific references to pleadings, depositions, answers to interrogatories, admissions, and affidavits on file with the Court; and
>
> (3) **Consist of separately numbered paragraphs**.

S.D. Fla. L.R. 56.1 (emphasis added).

The parities have failed to comply with Local Rule 56.1.[1] Local Rule 56.1 requires "that statements of material facts filed by movants and opponents . . . correspond with each other in numerical order so as to make review of summary judgment motions less burdensome to the Court." 2008 Comments to Local Rule 56.1 Accordingly, it is

ORDERED AND ADJUDGED that on or before **Wednesday, September 5, 2012,** the plaintiffs and the defendant shall file their undisputed statements of material facts in compliance with Local Rule 56.1.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 29 day of August, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record

---

[1] The defendant included a statement of undisputed facts within its motion for summary judgment. See Defendant School Board's Motion for Judgment on the Administrative Record (DE# 62 at 2, 8/28/12). However the defendant's statement did not contain numbered paragraphs as required by Local Rule 56.1 and does not appear to be a complete recitation of the facts.